1  **The Biegler Law Firm**
   Robert P. Biegler (CA Bar Assn. No.: 88506)
2  1107 Ninth Street, Suite 1025
3  Sacramento, CA 95814
   Telephone: (916) 444-3971
4  Facsimile: (916) 444-3975

5  Attorneys for Plaintiff
   Removable Media Solutions
6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REMOVABLE MEDIA SOLUTIONS, | Case No. 2:07-CV-00216-MCE-EFB |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FRCP** |
| v. | |
| AAR MOBILITY SYSTEMS., et al. | |
| Defendants. | |

The parties to this action, through their undersigned counsel, hereby stipulate and agree that this action is hereby dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED: December 12, 2007         Respectfully submitted,

                                 By:    /s/
                                        Robert P. Biegler
                                        Attorney for Plaintiff

                                 By:    /s/
                                        Carri L. Becker
                                        Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice in its entirety.  Each party is to bear its own costs and attorneys' fees.

DATED: December 18, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE